USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/28/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELLEBRITE INC.,

                    Plaintiff,

          -against-

AVAIL FORENSICS LLC,

                    Defendant.

---

1:24-cv-06032-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on August 9, 2024, by the filing of a Complaint [ECF No. 6], and a copy of the Summons and Complaint having been served on Defendant on August 20, 2024, and proof of such service having been filed on August 26, 2024 [ECF No. 8], and Defendants not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on October 23, 2024 [ECF No. 14], it is HEREBY ORDERED that Plaintiff must serve a copy of the Motion for Default Judgment, a copy of all papers in support of Plaintiff's motion, and this Scheduling Order on Defendants on or before November 11, 2024.  Proof of service must be filed on the ECF docket by November 13, 2024.

It is FURTHER ORDERED that the Parties will appear at a Default Judgment Hearing on November 20, 2024 at 2:30 PM.

**SO ORDERED.**

**Dated: October 28, 2024**
**       New York, New York**

                                        **HON. MARY KAY VYSKOCIL**
                                        **United States District Judge**